*Vincent M. Zanella, Jr.,* and *George W. Boath, Jr.,* in support of the petition.

*Donal C. Collimore,* in opposition.

Decided July 10, 1995

### STATE OF CONNECTICUT *v.* CHARLES J. BURNS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 8 (AC 13681), is granted, limited to the following issue:

"Under General Statutes § 14-227a (h) (3), is the five year period measured from the date of the prior conviction to the date of the current conviction, or from the date of the prior conviction to the date of the current violation?"

The Supreme Court docket number is SC 15294.

*James A. Killen,* assistant state's attorney, in support of the petition.

Decided July 10, 1995

### STATE OF CONNECTICUT *v.* JAMES H. SEWELL

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 20 (AC 12199), is denied.

*James J. Ruane,* in support of the petition.

*Leon F. Dalbec,* assistant state's attorney, in opposition.

Decided July 10, 1995